**Fill in this information to identify the case:**

Debtor name __Brio Systems, Inc._____

United States Bankruptcy Court for the:_____ District of _Delaware_
                                                                    (State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................... $ 1,470,680.68+

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................... $ 1,470,680.68+

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................. $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................... $ 1,725,095.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................... **+** $ 2,000,541.30

4. **Total liabilities**................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 3,725,636.3

**Fill in this information to identify the case:**

Debtor name    Brio Systems, Inc.

United States Bankruptcy Court for the: _____    District of    Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Silicon Valley Bank | Checking | 9  7  2  7 | $2,362.50 |
| 3.2. Silicon Valley Bank | Checking | 6  3  1  6 | $1,219.96 |
| Chase Bank | Checking | 2  9  4  7 | $9,809.31 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 13,391.77

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

Debtor    Brio Systems, Inc.
Name    Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    $18,736.68 _____ − _____ = ........➜    $18,736.68 _____
    face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:    $13,569.58 _____ − _____ = ........➜    $13,569.58 _____
    face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $32,306.26 _____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 2

Debtor    Brio Systems, Inc.
_____    Case number *(if known)*_____
       Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** COVID-19 tests and supplies | 5/17/23 MM / DD / YYYY | $_____ | Cost | $99,982.65 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $99,982.65 |

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor      Brio Systems, Inc.
           _____          Case number (if known)_____
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                              $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor          Brio Systems, Inc.
                _____                    Case number *(if known)*_____
                Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $_____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____Brio Systems, Inc._____   Case number *(if known)*_____
        Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** Intellectual property | $_____ | Cost | $__50,000__ |
| 65. **Goodwill** _____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$__50,000__

---

Debtor    Brio Systems, Inc.
_____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❏ No

❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❏ No

❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❏ No

❏ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

❏ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Boris Lipchin        $275,000  —  0  = ➡  $275,000
                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $1,000,000+

Nature of claim        Professional Malpractice

Amount requested       $ Greater than $1,000,000

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____                           $_____

_____                           $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $1,275,000+

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❏ No

❏ Yes

Debtor    Brio Systems, Inc.
          _____          Case number (if known)_____
          Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,391.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,306.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $99,982.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➜ | | $0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $1,275,000+ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $1,470,680.68+ | **+** 91b. $0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................................    $1,470,680.68+

**Fill in this information to identify the case:**

Debtor name ___Brio Systems, Inc.___

United States Bankruptcy Court for the: _____ District of _____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    Brio Systems, Inc.
          Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

$_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__**  Creditor's name

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

$_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Brio Systems, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____Brio Systems, Inc._____

United States Bankruptcy Court for the: _____ District of ___Delaware___
                                                                            (State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_Arizona Department of Revenue_
_1600 W. Monroe St. Phoenix, AZ 85007_
_____

Date or dates debt was incurred
_April 2020 to Sept 2022_

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $5028    $5028
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_State tax_

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_California Franchise Tax Board_
_3321 Power Inn Rd., Ste. 130,_
_Sacramento, CA 95826_

Date or dates debt was incurred
_April 2020 to Sept 2022_

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $784225    $784225
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Sales tax_

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_Colorado Department of Revenue_
_P.O. Box 17087_
_Denver, CO 80217-0087_

Date or dates debt was incurred
_April 2020 to Sept 2022_

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $76048    $76048
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_Sales tax_

Is the claim subject to offset?
☒ No
☐ Yes

Debtor     Brio Systems, Inc.
           Name                                               Case number (if known) _____

---

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.__   Priority creditor's name and mailing address**                                      $ 39271          $ 39271

As of the petition filing date, the claim is:
*Check all that apply.*

Department of Revenue Services          ☐ Contingent
450 Columbus Blvd.                      ☐ Unliquidated
Suite 1                                 ☐ Disputed
Hartford CT 06103

**Date or dates debt was incurred**     **Basis for the claim:**
April 2020 to Sept 2022                  State tax

**Last 4 digits of account**            **Is the claim subject to offset?**
number   ___ ___ ___ ___                ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__   Priority creditor's name and mailing address**                                      $ 21606          $ 21606

As of the petition filing date, the claim is:
*Check all that apply.*

Florida Department of Revenue           ☐ Contingent
5050 W Tennessee St                     ☐ Unliquidated
Tallahassee FL 32399-0120               ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
April 2020 to Sept 2022                 Sales tax

**Last 4 digits of account**            **Is the claim subject to offset?**
number   ___ ___ ___ ___                ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__   Priority creditor's name and mailing address**                                      $ 92973          $ 92973

As of the petition filing date, the claim is:
*Check all that apply.*

Georgia Dept. of Revenue                ☐ Contingent
PO Box 105408                           ☐ Unliquidated
Atlanta, GA 30348-5408                  ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
April 2020 to Sept 2022                  Sales tax

**Last 4 digits of account**            **Is the claim subject to offset?**
number   ___ ___ ___ ___                ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__   Priority creditor's name and mailing address**                                      $ 722           $ 722

As of the petition filing date, the claim is:
*Check all that apply.*

Idaho State Tax Commission              ☐ Contingent
PO Box 36                               ☐ Unliquidated
Boise ID 83722-0410                     ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
April 2020 to Sept 2022                  Sales tax

**Last 4 digits of account**            **Is the claim subject to offset?**
number   ___ ___ ___ ___                ☒ No
                                        ☐ Yes
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

| Debtor | Brio Systems, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._**  **Priority creditor's name and mailing address**                                      $212871          $212871

    Illinois Department of Revenue
    PO BOX 19013
    SPRINGFIELD IL 62794-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
April 2020 to Sept 2022

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**                                      $70,363.00       $70,363.00

    Massachusetts Department of Revenue,
    PO Box 419257
    Boston, MA 02241-9257

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
April 2020 to Sept 2022

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**                                      $7132            $7132

    Missouri Department of Revenue
    P.O. Box 840
    Jefferson City, MO 65105-0840.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
 April 2020 to Sept 2022

**Basis for the claim:**
 Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**                                      $123949          $123949

    NJ Division of Taxation
    PO Box 999
    Trenton, NJ 08646-0999

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
 April 2020 to Sept 2022

**Basis for the claim:**
 Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Brio Systems, Inc.
_____
Name

Case number *(if known)* _____

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2._** **Priority creditor's name and mailing address**    $60721    $60721

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
April 2020 to Sept 2022

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** **Priority creditor's name and mailing address**    $2103    $2103

Sales and Use
Ohio Department of Taxation
Attn: Compliance Business Tax Division
PO Box 2678
Columbus, OH 43216-2678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
April 2020 to Sept 2022

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** **Priority creditor's name and mailing address**    $3355    $3355

PA Department of Revenue
PO Box 280437
Harrisburg, PA 17128-0437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** **Priority creditor's name and mailing address**    $36405    $36405

Texas Comptroller of Public Accounts
P.O. Box 13528
Capitol Station
Austin, Texas 78711-3528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
April 2020 to Sept 2022

**Basis for the claim:**
Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Brio Systems, Inc. | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

---

**Part 1.** | **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2._** | **Priority creditor's name and mailing address**

$188323 | $188323

Wisconsin Department of Revenue
PO Box 8921
Madison, WI 53708-8921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
  April 2020 to Sept 2022

**Basis for the claim:**
  Sales tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** | **Priority creditor's name and mailing address**

$_____ | $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** | **Priority creditor's name and mailing address**

$_____ | $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** | **Priority creditor's name and mailing address**

$_____ | $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Brio Systems, Inc.
_____
         Name

Case number (if known)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**

Amazon Web Services

410 Terry Ave N, Seattle 98109, WA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

$15022.97

**Date or dates debt was incurred**    April 2023

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2**

**Nonpriority creditor's name and mailing address**

Assurely Insurance Policy

51 John F. Kennedy Parkway First Floor West
Short Hills, NJ 70778

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

$21387.48

**Date or dates debt was incurred**    Dec 2022

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3**

**Nonpriority creditor's name and mailing address**

Axiom Medical

1300 Lake Robbins Dr. Suite 250
The Woodlands, TX 77380

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

$1297.67

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4**

**Nonpriority creditor's name and mailing address**

Bennett Thrasher LLP

3300 Riverwood Pkwy #700 Atlanta, GA 30339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade claim

$58753

**Date or dates debt was incurred**    Dec 22 to Mar 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5**

**Nonpriority creditor's name and mailing address**

CSC Global

251 Little Falls Drive Wilmington, DE USA 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

$263.04

**Date or dates debt was incurred**    Oct 2022

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6**

**Nonpriority creditor's name and mailing address**

Carroll & Vounessea LLP

3 Essex Green Drive Suite 5 Peabody, MA 1960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

$1068.75

**Date or dates debt was incurred**    Jan 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Brio Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

DoctorNow

181 N. Robertson Blvd Beverly Hills, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Trade claim

**Amount of claim:** $27180

Date or dates debt was incurred   Dec 22 to Jan 23

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

DoorDash

303 2nd Street South Tower 800
San Francisco, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade claim

**Amount of claim:** $315

Date or dates debt was incurred   May 2023

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

EFT Media Productions LLC

3310 W.Vanowen Street Burbank, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade claim

**Amount of claim:** $7022.80

Date or dates debt was incurred   May 2023

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

FedEx

942 South Shady Grove Road Memphis, TN 38120

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade claim

**Amount of claim:** $100394.86

Date or dates debt was incurred   Jan 23 to May 23

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

Formagrid, Inc dba Airtable

799 Market St. San Francisco, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade claim

**Amount of claim:** $13240.89

Date or dates debt was incurred   Nov 22 to Feb 23

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor    Brio Systems, Inc.
          Name                                                          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

G-Lock Software

34 N. Franklin Ave. Pinedale, WY 82941

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Claim

**$137.06**

Date or dates debt was incurred    Feb 23
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

Github

88 Collin P Kelly Jr. St.
San Francisco, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**$351.58**

Date or dates debt was incurred    Feb 2023
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

Greenhouse Software, Inc.

18 W. 18th St. 11th Floor New York, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**$1895.23**

Date or dates debt was incurred    Nov 2022
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

Health Quest Esoterics

6 Bendix Irvine, CA 92618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**$77682**

Date or dates debt was incurred    Nov 22 to Apr 23
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

HireArt, Inc.

135 W. 29th St. #500 New York, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**$1693.75**

Date or dates debt was incurred    Jul 21
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Brio Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__ Nonpriority creditor's name and mailing address**

HRC Total Solutions

111 Charles St. Manchester, NH 3101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Claim

| Date or dates debt was incurred | Jan 23 to May 23 |
|---|---|
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
☒ No
☐ Yes

$98464.6

---

**3.__ Nonpriority creditor's name and mailing address**

Hubspot

25 First St. 2nd Floor Cambridge, MA 2141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

| Date or dates debt was incurred | Mar 2023 |
|---|---|
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,491.56

---

**3.__ Nonpriority creditor's name and mailing address**

Konsus Inc.

470 Ramona St. Palo Alto, CA 94301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

| Date or dates debt was incurred | Feb 2023 |
|---|---|
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
☒ No
☐ Yes

$27000

---

**3.__ Nonpriority creditor's name and mailing address**

Newland Group Insurance LLC

412 Broadway #2 Somerville, MA 2145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

| Date or dates debt was incurred | Feb 23 to Mar 23 |
|---|---|
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
☒ No
☐ Yes

$1887

---

**3.__ Nonpriority creditor's name and mailing address**

Nexus Medical Labs

313 Pleaseant St. Watertown, MA 2472

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

| Date or dates debt was incurred | Dec 22 to Mar 23 |
|---|---|
| Last 4 digits of account number | __ __ __ __ |

**Is the claim subject to offset?**
☒ No
☐ Yes

$131935.5

---

Debtor    Brio Systems, Inc.
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___ Nonpriority creditor's name and mailing address**

Nillam Logistics Corp

2117 Corporate Drive Boynton Beach, FL 33426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred    Jan 23 to Mar 23

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$143312.93

---

**3.___ Nonpriority creditor's name and mailing address**

Nillam Logistics Fulfillment Corp

2117 Corporate Drive Boynton Beach, FL 33426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred    Dec 22 to Mar 23

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$52368.5

---

**3.___ Nonpriority creditor's name and mailing address**

Norton and Associates Inc.

97 Elm St. Cohasset , MA 2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred    Feb 2023

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,560.00

---

**3.___ Nonpriority creditor's name and mailing address**

Okta, Inc.

301 Brannan St. 1st floor
San Francisco, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred    Mar 23

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$1695.75

---

**3.___ Nonpriority creditor's name and mailing address**

Oxy-Gen Laboratory, LLC

303 Research Dr. NW #300 Norcross, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

Date or dates debt was incurred    Dec 22 to Mar 23

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,085.00

---

| Debtor | Brio Systems, Inc. | Case number (if known)_____ |
| | Name | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.____ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
❑ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
❑ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
❑ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
❑ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
❑ Yes

Debtor    Brio Systems, Inc.
_____    Case number (if known)_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

Sterling Independent Services

5500 Interstate N. Pkwy Sandy Springs, GA 3328

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred**    Nov 2022

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$125

---

3.___ **Nonpriority creditor's name and mailing address**

Strategic Lab Partners

30 Burton Hills Blvd #170 Nashville, TN 37215

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred**    Nov 22 to Apr 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$8278.34

---

3.___ **Nonpriority creditor's name and mailing address**

The DMF Group LLC

16 North Square Suite 1 Boston, MA 2113

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred**    Jan 23 to Mar 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$1925

---

3.___ **Nonpriority creditor's name and mailing address**

Traekos Workforce Medicine

3493 Adele Ln Bettendorf, IA 52722

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred**    Feb 23 to May 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$105138

---

3.___ **Nonpriority creditor's name and mailing address**

Twilio Inc.

375 Beale St. #300 San Francisco, CA 94105

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred**    Mar 23 to May 23

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$2746.09

---

| Debtor | Brio Systems, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

Vashon Consulting Llc

4719 E. Firestone Dr. Chandler, AZ 85249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade claim

$6000

Date or dates debt was incurred    Mar 23 to Apr 23

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

Wilson Sonsini Goodrich & Rosati

201 Washington St. Suite 2000 Boston, MA 2108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade claim

$44731.7

Date or dates debt was incurred    Dec 22 to Apr 23

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____Brio Systems, Inc._____     Case number *(if known)*_____
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.2. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.3. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.4. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 41. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.5. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.6. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.7. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.8. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.9. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.10. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.11. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |

Debtor _____Brio Systems, Inc._____    Case number _(if known)_____
                 Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

4.__ _____     Line _____     __ __ __ __
     _____     ❑ Not listed. Explain _____
     _____     _____

Debtor ___Brio Systems, Inc.___
　　　Name

Case number (*if known*)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $1,725,095.00 |
| 5b. **Total claims from Part 2** | 5b. + | $2,000,541.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,725,636.30 |

**Fill in this information to identify the case:**

Debtor name _____ Brio Systems, Inc. _____

United States Bankruptcy Court for the:_____ District of _____
                                                                    (State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Scope of Work sales contract for Covid-19 solution <br> State the term remaining <br> List the contract number of any government contract | The Shubert Organization <br> 234 West 44th St. New York, NY 10036 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — Scope of Work sales contract for Covid-19 solution <br> State the term remaining <br> List the contract number of any government contract | Nederlander Organization <br> 1501 Broadway 14th Fl. New York, NY 10036 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br> State the term remaining <br> List the contract number of any government contract | |

Debtor ___Brio Systems, Inc._____     Case number *(if known)*_____
        Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

   **State the term remaining**

   **List the contract number of any government contract**

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          page ___ of ___

**Fill in this information to identify the case:**

Debtor name    **Brio Systems, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/23/2023        X    */s/ Boris Lipchin*
                          Signature of individual signing on behalf of debtor

                          **Boris Lipchin**
                          Printed name

                          **Chief Executive Officer**
                          Position or relationship to debtor