# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 5/24/2023
Case: 23−10670−JKS  Form ID: 309C  Total: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Brio Systems, Inc. | 228 Park Ave S, PMB 77474 | New York, NY 10003 | |
| tr | Alfred T. Giuliano | Giuliano Miller & Co., LLC | 2301 E. Evesham Road | Pavillion 800, Suite 210 Voorhees, NJ 08043 |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street Suite 5400 Wilmington, DE 19801 |
| 18222857 | Amazon Web Services, Inc | 410 Terry Ave N | Seattle, WA 98109 | |
| 18222859 | Arizona Department of Revenue | 1600 W. Monroe St. | Phoenix, AZ 85007 | |
| 18222858 | Assurely Insurance Policy | 51 John F. Kennedy Parkway | First Floor | West Short Hills, NJ 70778 |
| 18222860 | Axiom Medical | 1300 Lake Robbins Dr. Suite 250 | The Woodlands, TX 77380 | |
| 18222861 | Bennett Thrasher LLP | 3300 Riverwood Pkwy #700 | Atlanta, GA 30339 | |
| 18222862 | CSC Global | 251 Little Falls Drive | Wilmington, DE USA 19808 | |
| 18222863 | California | 3321 Power Inn Rd., Ste. 130 | Sacramento, CA 95826 | |
| 18222864 | Carroll & Vounessea LLP | 3 Essex Green Drive Suite 5 | Peabody, MA 01960 | |
| 18222865 | Colorado Department of Revenue | P.O. Box 17087 | Denver, CO 80217−0087 | |
| 18222866 | Connecticut Department of Revenue Services | 450 Columbus Blvd. | Suite 1 | Hartford CT 06103 |
| 18222919 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 18222867 | DoctorNow | 181 N. Robertson Blvd | Beverly Hills, CA 90211 | |
| 18222868 | DoorDash | 303 2nd Street South Tower 800 | San Francisco, CA 94107 | |
| 18222869 | EFT Media Productions LLC | 3310 W. Vanowen Street | Burbank, CA 91505 | |
| 18222870 | FedEx | 942 South Shady Grove Road | Memphis, TN 38120 | |
| 18222871 | Florida Department of Revenue | 5050 W Tennessee St | Tallahassee FL 32399−0120 | |
| 18222872 | Formagrid, Inc dba Airtable | 799 Market St. | San Francisco, CA 94102 | |
| 18222873 | G−Lock Software | 34 N. Franklin Ave. | Pinedale, WY 82941 | |
| 18222874 | Georgia Dept. of Revenue | PO Box 105408 | Atlanta, GA 30348−5408 | |
| 18222875 | Github | 88 Collin P Kelly Jr. St. | San Francisco, CA 94107 | |
| 18222876 | Greenhouse Software, Inc. | 18 W. 18th St., 11th Floor | New York, NY 10011 | |
| 18222879 | HRC Total Solutions | 111 Charles St. | Manchester, NH 03101 | |
| 18222877 | Health Quest Esoterics | 6 Bendix | Irvine, CA 92618 | |
| 18222878 | HireArt, Inc. | 135 W. 29th St. #500 | New York, NY 10001 | |
| 18222880 | Hubspot | 25 First St. 2nd Floor | Cambridge, MA 02141 | |
| 18222881 | Idaho State Tax Commission | PO Box 36 | Boise, ID 83722−0410 | |
| 18222882 | Illinois Department of Revenue | PO BOX 19013 | SPRINGFIELD IL 62794−9013 | |
| 18222883 | Konsus Inc. | 470 Ramona St. | Palo Alto, CA 94301 | |
| 18222884 | Massachusetts Department of Revenue | PO Box 419257 | Boston, MA 02241−9257 | |
| 18222885 | Missouri Department of Revenue | P.O. Box 840 | Jefferson City, MO 65105−0840 | |
| 18222887 | NJ Division of Taxation | PO Box 999 | Trenton, NJ 08646−0999 | |
| 18222886 | Newland Group Insurance LLC | 412 Broadway #2 | Somerville, MA 02145 | |
| 18222888 | Nexus Medical Labs | 313 Pleaseant St. | Watertown, MA 02472 | |
| 18222889 | Nillam Logistics Corp | 2117 Corporate Drive | Boynton Beach, FL 33426 | |
| 18222890 | Nillam Logistics Fulfillment Corp | 2117 Corporate Drive | Boynton Beach, FL 33426 | |
| 18222891 | North Carolina Department of Revenue | PO Box 25000 | Raleigh, NC 27640−0640 | |
| 18222892 | Norton and Associates Inc. | 97 Elm St. | Cohasset, MA 02025 | |
| 18222893 | Ohio Department of Taxation | Attn: Compliance Business Tax Division | PO Box 2678 | Columbus, OH 43216−2678 |
| 18222894 | Okta, Inc. | 301 Brannan St. 1st Floor | San Francisco, CA 94107 | |
| 18222895 | Oxy−Gen Laboratory, LLC | 303 Research Dr. NW #300 | Norcross, GA 30092 | |
| 18222896 | PA Department of Revenue | PO Box 280437 | Harrisburg, PA 17128−0437 | |
| 18222897 | Principal | 711 High St. | Des Moines, IA 50392 | |
| 18222898 | Ramp Business Corp | 71 5th Ave. 6th Floor | New York, NY 10003 | |
| 18222899 | Reopen Diagnostic, LLC | 45−18 Ct. Square W 2nd Floor | Long Island City, NY 11101 | |
| 18222900 | Roku | 1155 Coleman Ave. | San Jose, CA 95110 | |
| 18222901 | Securicy Data Solutions Ltd | 309 Charlotte St. Suite 219 | Sydney, NS, Canada B1P1C6 | |
| 18222918 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |
| 18222902 | Sterling Independent Services | 5500 Interstate N. Pkwy | Sandy Springs, GA 03328 | |
| 18222903 | Strategic Lab Partners | 30 Burton Hills Blvd #170 | Nashville, TN 37215 | |
| 18222904 | Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Station | Austin, Texas 78711−3528 | |
| 18222905 | The DMF Group LLC | 16 North Square Suite 1 | Boston, MA 02113 | |
| 18222906 | Traekos Workforce Medicine | 3493 Adele Ln | Bettendorf, IA 52722 | |
| 18222907 | Twilio Inc. | 375 Beale St. #300 | San Francisco, CA 94105 | |
| 18222908 | Vashon Consulting LLC | 4719 E. Firestone Dr. | Chandler, AZ 85249 | |
| 18222909 | Wilson Sonsini Goodrich & Rosati | 201 Washington St. Suite 2000 | Boston, MA 02108 | |
| 18222910 | Wisconsin Department of Revenue | PO Box 8921 | Madison, WI 53708−8921 | |

TOTAL: 59