**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>　　　　　　　　Debtor. | **Chapter 7**<br><br>**Case No. 23-10670 (JKS)** |

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF
OMNIBUS HEARING DATE**

The undersigned hereby certifies that she has obtained from the United States Bankruptcy Court for the District of Delaware the omnibus hearing date set forth on the proposed order attached hereto.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: September 17, 2025 | By: /s/ Natasha M. Songonuga<br>Natasha M. Songonuga (Bar No. 5391)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Email: nsongonuga@archerlaw.com<br><br>Douglas G. Leney[1]<br>Paris Gyparakis[2]<br>ARCHER & GREINER, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Tel: (215) 963-3300<br>Email: dleney@archerlaw.com<br><br>*Attorneys for Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee and Plaintiff* |

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.