**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>      Debtor. | **Chapter 7**<br><br>**Case No. 23-10670 (JKS)**<br><br>**Re: Dkt. No. \_\_\_** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

October 16, 2025, at 2:30 p.m. (ET)